IRVING WEISNER, Appellant, *v.* ROBERT BENENSON et al.,
Respondents.

Argued January 9, 1950; decided February 23, 1950.

_Isidor J. Kresel, Harold I. Meyerson_ and _Irving L. Weinberger_ for appellant.

_Menahem Stim_ and _Francis J. Mahoney_ for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.